IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-02101-WYD-BNB

MICHELLE MEEKER,

     Plaintiff,

v.

LIFE CARE CENTERS OF AMERICA, INC., d/b/a HERITAGE PARK CARE CENTER;
COLORADO MEDICAL INVESTORS, LLC, d/b/a HERITAGE PARK CARE CENTER;
TOWN OF CARBONDALE, COLORADO;
EUGENE SCHILLING, Chief of the Carbondale Police Department, in his official and individual capacities;
MICHAEL ZIMMERMAN, Police Officer in the Carbondale Police Department, in his official and individual capacities;
ROBERT BAKER, Executive Director of LCCAs Heritage Park Care Center;
JESSICA VARLEY, Human Resources Director of LCCAs Heritage Park Care Center; and
MELANIE HOLMES, Director of Nursing of LCCAs Heritage Park Care Center,

     Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

"Plaintiff's Motion for Leave to Submit Supplement to Plaintiff's Motion for Court to Exercise Subject Matter Jurisdiction Over State Law Claims Against Employer Defendants [Doc. 23]" filed October 15, 2014 (ECF No. 34) is **GRANTED**.  Exhibit 1 to the above motion is accepted for filing as Plaintiff's Supplement in support of her motion.

Dated:  October 22, 2014.