**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02101-WYD-NYW

MICHELLE MEEKER,

Plaintiff,

v.

LIFE CARE CENTERS OF AMERICA, INC. d/b/a HERITAGE PARK CARE CENTER;
COLORADO MEDICAL INVESTORS, LLC d/b/a HERITAGE PARK CARE CENTER;
TOWN OF CARBONDALE, COLORADO;
EUGENE SCHILLING;
MICHAEL ZIMMERMAN;
ROBERT BAKER;
JESSICA VARLEY; and
MELANIE HOLMES,

Defendants.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Plaintiff Michelle Meeker's (also "Plaintiff") Motion for Leave to Address Additional Pending Motions During the March 20, 2015 Hearing [#92], filed March 19, 2015 (the "Motion"). Pursuant to the Order Referring Case dated July 29, 2014 [#6] and the memorandum dated March 19, 2015 [#93], the Motion is before this Magistrate Judge.

      IT IS SO ORERED that Plaintiff's Motion is GRANTED IN PART and DENIED IN PART. The court intends to address Plaintiff's pending Motion to Amend Complaint Pursuant to F.R.C.P. 15(a) [#67], and the pending Motion by certain Defendants for a Protective Order Regarding Plaintiff's F.R.C.P. 34 Site Inspection [#71] at the previously scheduled March 20, 2015 hearing. The court does not contemplate addressing the pending Motion by certain Defendants for a Protective Order in Response to Plaintiff's Objection to Documents Stamped "Confidential" [#61] at the March 20, 2015 hearing.

DATED March 20, 2015