IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 14-cv-02101-WYD-NYW | Date: | March 20, 2015 |
|---|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| Parties | Counsel |
|---|---|
| MICHELLE MEEKER, | *Deirdre Elizabeth Ostrowski* |
| | *Christina M. Habas* |
| | *Kimberly Jo Jones* |
| | *Paula Dee Greisen* |
| **Plaintiff,** | |
| **v.** | |
| LIFE CARE CENTERS OF AMERICA, INC., | *Forrest Vincent Plesko* |
| COLORADO MEDICAL INVESTORS, LLC, | *Ian Ray Mitchell* |
| TOWN OF CARBONDALE, COLORADO, | *Ashley McCall Kelliher* |
| EUGENE SCHILLING, | |
| MICHAEL ZIMMERMAN, | |
| ROBERT BAKER, | |
| JESSICA VARLEY, | |
| MELANIE HOLMES, | |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTIONS HEARING**

Court in Session: 3:03 p.m.

Appearances of counsel.

Discussion held on Plaintiff's Response to Defendants' Motion to Compel Document Production and Request for Expedited Briefing Schedule and/or Forthwith Hearing, [55] Restricted Document/ [56] Public Document, filed February 10, 2015.

For reasons stated on the record, it is

**ORDERED: Plaintiff's Unopposed Motion for Leave to Restrict [56] is GRANTED, and Document 50 and 55 will remain Restricted at Level 1 protection.**

Argument held on Motion to Compel Document Production and Request for Expedited Briefing Schedule and/or Forthwith Hearing, [50] Restricted Document /[51] Public Document, filed February 3, 2015.

For reasons stated on the record, it is

**ORDERED: Motion to Compel Document Production and Request for Expedited Briefing Schedule and/or Forthwith Hearing [51] is GRANTED.**

Argument held on Life Care Defendants' Motion for Protective Order re: Plaintiff's F.R.C.P. 34 Site Inspection [71] filed March 4, 2015.

For reasons stated on the record, it is

**ORDERED: Life Care Defendants' Motion for Protective Order re: Plaintiff's F.R.C.P. 34 Site Inspection [71] is DENIED. The site inspection shall occur at 1:00 p.m.**

Argument held on Plaintiff's Motion to Amend Complaint Pursuant to Fed.R.Civ.P. 15(a), Restricted Document [67]/Public Document [68], filed February 23, 2015.

For reasons stated on the record, it is

**ORDERED: Plaintiff's Motion to Amend Complaint Pursuant to Fed.R.Civ.P. 15(a) [68] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Discussion held on the record regarding Parties' attempts to schedule depositions in this case. The court informs parties of discovery dispute process.

In the future, Parties may be required to file a redacted version of any restricted motions.

Court in Recess:  4:02 p.m.    Hearing concluded.    Total time in Court:  00:59