IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02101-WYD-NYW

MICHELLE MEEKER,

    Plaintiff,

v.

LIFE CARE CENTERS OF AMERICA, INC., d/b/a HERITAGE PARK CARE CENTER;
COLORADO MEDICAL INVESTORS, LLC, d/b/a HERITAGE PARK CARE CENTER;
TOWN OF CARBONDALE, COLORADO;
EUGENE SCHILLING, Chief of the Carbondale Police Department, in his official and individual capacities;
MICHAEL ZIMMERMAN, Police Officer in the Carbondale Police Department, in his official and individual capacities;
ROBERT BAKER, Executive Director of LCCAs Heritage Park Care Center;
JESSICA VARLEY, Human Resources Director of LCCAs Heritage Park Care Center; and
MELANIE HOLMES, Director of Nursing of LCCAs Heritage Park Care Center,

    Defendants.

**ORDER**

THIS MATTER is before the Court in connection with Plaintiff's Motion for Court to Exercise Subject Matter Jurisdiction over State Law Claims Against Employer Defendants filed August 21, 2014.  I find that the issues raised in this motion are also at issue in Life Care Defendants' Motion to Dismiss and should be dealt with in connection with that motion, which will be resolved shortly.  I will therefore deny without prejudice Plaintiff's Motion for Court to Exercise Subject Matter Jurisdiction over State Law Claims Against Employer Defendants.  While I will consider the arguments made in that motion, I will do so in connection with my ruling on the Motion to Dismiss.

It is therefore

ORDERED that Plaintiff's Motion for Court to Exercise Subject Matter Jurisdiction over State Law Claims Against Employer Defendants (ECF No. 23) is **DENIED WITHOUT PREJUDICE**.

Dated:  March 25, 2015.

                                                BY THE COURT:

                                                /s/ Wiley Y. Daniel
                                                WILEY Y. DANIEL,
                                                SENIOR UNITED STATES DISTRICT JUDGE