## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02101-WYD-NYW

MICHELLE MEEKER,

Plaintiff,

v.

LIFE CARE CENTERS OF AMERICA, INC., d/b/a HERITAGE PARK CARE CENTER, *et al.*,

Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

      This civil action comes before the court on the Parties' Joint Motion to Amend Scheduling Order [#130], filed on July 1, 2015 [#130] (the "Motion"). Pursuant to the Order Referring Case dated July 29, 2014 [#6], the Reassignment dated February 10, 2015 [#58], and the Memorandum dated July 2, 2015 [#131], the Motion is before this Magistrate Judge.

      IT IS ORDERED that the Motion is GRANTED. Accordingly, IT IS ORDERED that:

(1) The Discovery Cut-Off is re-set to **September 15, 2015**;
(2) The Dispositive Motion deadline is re-set to **October 13, 2015**.

DATED: July 8, 2015