IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-02101-WYD-NYW

MICHELLE MEEKER,

    Plaintiff,

v.

LIFE CARE CENTERS OF AMERICA, INC., d/b/a HERITAGE PARK CARE CENTER;
COLORADO MEDICAL INVESTORS, LLC, d/b/a HERITAGE PARK CARE CENTER;
TOWN OF CARBONDALE, COLORADO;
EUGENE SCHILLING, Chief of the Carbondale Police Department, in his official and individual capacities;
MICHAEL ZIMMERMAN, Police Officer in the Carbondale Police Department, in his official and individual capacities;
ROBERT BAKER, Executive Director of LCCAs Heritage Park Care Center;
JESSICA VARLEY, Human Resources Director of LCCAs Heritage Park Care Center; and
MELANIE HOLMES, Director of Nursing of LCCAs Heritage Park Care Center,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Leave to File Reply in Support of Objection Pursuant to Fed. R. Civ. P. 72(b) to Recommendation of United States Magistrate Judge to Deny Plaintiff's Motion to Amend Complaint [Doc. 127] (ECF No. 138) and Plaintiff's Motion for Leave to File Excess Pages in Reply in Support of Plaintiff's Objection Pursuant to Fed. R. Civ. P. 72(b) to Recommendation of United States Magistrate Judge to Deny Plaintiff's Motion to Amend Complaint [Doc. 127] (ECF No. 139) are **GRANTED.** Plaintiff's Reply (ECF No. 137) is accepted for filing.

    Dated:  July 15, 2015.