**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-02101-WYD-NYW

MICHELLE MEEKER,

    Plaintiff,

v.

LIFE CARE CENTERS OF AMERICA, INC., d/b/a HERITAGE PARK CARE CENTER, *et al.*,

    Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on the Parties Second Joint Motion to Amend Scheduling Order and for Pre-Trial Conference to be Rescheduled, filed on September 14, 2015 [#160] (the "Motion"). Pursuant to the Order Referring Case dated July 29, 2015 [#6], the Reassignment dated February 10, 2015 [#58], and the Memorandum dated September 14, 2015 [#162], the Motion is before this Magistrate Judge.

    IT IS ORDERED that the Motion is GRANTED AS FOLLOWS:

(1) The discovery cut-off is hereby re-set to **October 15, 2015**;
(2) The parties are permitted leave to proceed with one Fed. Rule Civ. P. 30(b)(6) deposition out of time no later than **November 17, 2015**;
(3) The dispositive motion deadline is hereby re-set to **December 9, 2015**;
(4) The Final Pretrial Conference is hereby re-set to **February 10, 2016 at 1:00 p.m.** in Courtroom C-205, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The proposed Pretrial Order is due seven (7) days prior to the Final Pretrial Conference. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

DATED: September 15, 2015